**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stanley Gue Charles, ) | No. CV-08-0650-PHX-FJM |
| ) | |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| ) | |
| Katrina Kane, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____) | |

The court has before it petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1), the response (doc. 12), and the report and recommendation of the United States Magistrate Judge (doc. 20). No objection to the report and recommendation was filed. The Magistrate Judge recommends dismissing the habeas petition as moot because the petitioner was released on an Order of Supervision on October 28, 2008.

The court accepts the recommended decision of the Magistrate Judge pursuant to Rule 72(b)(3), Fed. R. Civ. P.

Therefore, **IT IS ORDERED DISMISSING** the petition for writ of habeas corpus as moot (doc. 1).

DATED this 8th day of December, 2008.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge